UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY GENE DANIELS,<br><br>  Petitioner,<br><br>  v.<br><br>SHAWN HATTON, Warden,<br><br>  Respondent. | No. 2:16-cv-3025 AC P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding through counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an application to proceed in forma pauperis or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner will be provided the opportunity to either submit the appropriate application to proceed in forma pauperis or submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that petitioner shall submit, within thirty days from the date of this order, an application to proceed in forma pauperis or the appropriate filing fee.  Petitioner's failure to comply with this order will result in dismissal of this action.

DATED: December 29, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE