IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TOMMY GENE DANIELS,** | Case No. 2:16-cv-03025-MCE-AC |
| Petitioner, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **SHAWN HATTON, Warden,** | |
| Respondent. | |

Upon considering Respondent's request, and good cause appearing, Respondent shall have an additional 30 days, to and including June 1, 2017, to file a response to petition for writ of habeas corpus.

DATED: April 28, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

~~[Proposed]~~ Order (2:16-cv-03025-MCE-AC)