IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TOMMY GENE DANIELS,**<br><br>Petitioner,<br><br>v.<br><br>**SHAWN HATTON, Warden,**<br><br>Respondent. | Case No. 2:16-cv-03025-MCE-AC<br><br>**[PROPOSED] ORDER SEALING LODGED DOCUMENTS**<br>**(Lod. Docs. 3, 15, 16, 17, 18)** |

This Court hereby grants Respondent's request to file under seal the following documents: CT, vol. 2, pp. 379-391, 396-404, 410-418, 443-448, 486-503, 543-549, 587-594 (Lod. Doc. 3); 3rd Augmented RT, vol. I, pp. 139-147 (Lod. Doc. 15); Appellant's Opening Brief (Lod. Doc. 16); Respondent's Brief (Lod. Doc. 17); and Appellant's Reply Brief (Lod. Doc. 18).

IT IS SO ORDERD.

DATED: June 6, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE