UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY GENE DANIELS,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN SHAWN HATTON,<br><br>    Respondent. | No. 2:16-cv-3025 MCE AC P<br><br><br>ORDER |

Petitioner, through counsel, has filed a request for an extension of his time to file a traverse, up to and including August 30, 2017. ECF No. 20. Although the request is unopposed, petitioner states only "that counsel needs additional time to research and draft the reply brief, in light of commitments in other cases and the complexity of the issues." Id. at 1. Requests for extensions of time must be supported by good cause, Fed. R. Civ. P. 6(b)(1), and petitioner's general assertion is insufficient to establish such cause or justify the length of the extension requested. However, since the request is unopposed, it will be granted in part and any further requests for extension must be properly supported.

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that petitioner's request for an extension of time (ECF No. 20) is granted in part. Petitioner shall have until July 31, 2017 to file a traverse.

DATED: June 27, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE