# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY GENE DANIELS,<br><br>        Petitioner,<br><br>    v.<br><br>SHAWN HATTON,<br><br>        Respondent. | No.  2:16-cv-3025 MCE AC P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding through counsel, has filed an application to proceed in forma pauperis on appeal.  ECF No. 36.  Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be granted.  See 28 U.S.C. § 1915(a); Fed. R. App. P. 24(a)(1).

In accordance with the above, IT IS HEREBY ORDERED that petitioner's motion to proceed in forma pauperis on appeal (ECF No. 36) is GRANTED.

DATED: November 7, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1